Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL CHAVEZ-DURAN,<br><br>Defendant. | Case No.: 4:21-cr-06028-RMP-3<br><br>Motion for Extension of Time to File Response to Motion to Suppress Evidence |

Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion for Extension of Time to File Response to Motion to Suppress Evidence.

Defendant filed a Motion to Suppress Evidence on August 20, 2021 (ECF.51). The Assigned AUSA respectfully requests additional time to file a Response until August 30, 2021, to allow the United States the ability to obtain the

Motion for Extension of Time to File Response to Motion to Suppress Evidence –
1

relevant information.  Defense counsel has been contacted and has no objection to the request.

Dated:  August 25, 2021.

                    Joseph H. Harrington
                    Acting United States Attorney

                    *s/ Stephanie Van Marter*
                    Stephanie Van Marter
                    Assistant United States Attorney

Motion for Extension of Time to File Response to Motion to Suppress Evidence – 2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Adam Pechtel
adam@pechtellaw.com

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney
