# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>-vs-<br><br>JOSE MENDOZA-RUELAS (1), OSCAR CHAVEZ-GARCIA (2), and JOEL CHAVEZ-DURAN (3),<br><br>                              Defendants. | Case No.    4:21-CR-6028-RMP-<br><br>CRIMINAL MINUTES<br><br>DATE:         AUGUST 27, 2021<br>LOCATION:  SPOKANE VIDEO<br><br>STATUS HEARING |

| Hon. Rosanna Malouf Peterson | | |
|---|---|---|
| Penny Lamb<br>**Courtroom Deputy** | LC1<br>**Law Clerk** | Ronelle Corbey<br>**Court Reporter** |
| Stephanie A. Van Marter<br><br>**Government Counsel** | Alex B. Hernandez and Nick Mirr (1)<br>Roger J. Peven (2)<br>Adam R. Pechtel (3)<br>**Defense Counsel** | |
| **United States Probation Officer:**    Not Attended | | |

[ X ]  Open Court          [  ]  Chambers          [ X ]  Telecon/Video

Initial Comments by Court:  The reason for the status hearing is strictly to discuss scheduling of where we are going to have the hearing on the Motion to Suppress that has been filed.  It is the Court's understanding that we need three hours and also that the Government will have three witnesses to call and will be showing a video.

Ms. Van Marter addressed the Court and advised that the Court's understanding is correct. Mr. Pechtel advised that he also believed there would be three witnesses and up to three hours of testimony and argument combined.  Mr. Peven addressed the Court and indicated his client would most likely want to attend the Motion to Suppress in some fashion, and he will try and accommodate the Court however he can.  Mr. Hernandez addressed the Court and indicated he is in the same position as Mr. Peven.  He can appear in Richland or Yakima and will try and make himself available on whatever date the Court decides.  Ms. Van Marter indicated that all of her witnesses are in the Tri-Cities.

The Court advised that it makes sense to hold the hearing in the Richland courthouse.  The Court and counsel discussed new dates.  The Court will set the hearing on the Motion to Suppress on October 19, 2021, at the Richland courthouse in courtroom 189 at 9:00 a.m.

[ X ]  ORDER FORTHCOMING

| CONVENED:  2:58 P.M. | ADJOURNED: 3:12 P.M. | TIME:    0:14 HR. | CALENDARED    [ X ] |
|---|---|---|---|