Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:21-cr-06028-RMP-3 |
| Plaintiff, | Motion To File Attachments A, B, and D Under Seal |
| v. | |
| JOEL CHAVEZ-DURAN, | |
| Defendant. | |

Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion To File Attachments Under Seal to United States' Response to Motion To Suppress. Attachments A, B, and D, although

Motion to File Attachments A, B, and D Under Seal – 1

provided to defense counsel in discovery and under agreement to a Protective Order, are under Seal by Order of the Court. Attachment D has been provided to the Defendant in discovery, however, should be filed under seal as it pertains to this motion. Attachment D contains sensitive information which if disclosed, may create a security issue.

Dated: August 30, 2021.

          Joseph H. Harrington
          Acting United States Attorney

          *s/ Stephanie Van Marter*
          Stephanie Van Marter
          Assistant United States Attorney

Motion to File Attachments A, B, and D Under Seal – 2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Adam Pechtel
adam@pechtellaw.com

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney