```
1  Joseph H. Harrington
   Acting United States Attorney
2  Eastern District of Washington
3  Stephanie Van Marter
   Assistant United States Attorney
4  Post Office Box 1494
   Spokane, WA 99210-1494
5  Telephone: (509) 353-2767
6
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:21-CR-6028-RMP-3 |
|---|---|
| Plaintiff, | |
| vs. | Notice of Non-Scannable Exhibit |
| JOEL CHAVEZ-DURAN, | TO BE RESTRICTED |
| Defendant. | |

    Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following notice of non-scannable exhibit.

    On August 30, 2021, the United States' filed its Response to Motion to Suppress in the above referenced cause. Attachment C contains electronic media that cannot be filed as a .pdf document on CM/ECF. Electronic copies of Attachment C has been provided to the Court and a copy has been made available for defense.

    Dated: August 31, 2021.

Joseph H. Harrington<br>
Acting United States Attorney<br>
<i>s/ Stephanie Van Marter</i><br>
Stephanie Van Marter<br>
Assistant United States Attorney

Notice of Non-Scannable Exhibit - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Adam Pechtel
adam@pechtellaw.com

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Notice of Non-Scannable Exhibit - 2