FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOEL CHAVEZ-DURAN,<br><br>　　　　　　　Defendant. | NO: 4:21-CR-6028-RMP-3<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO FILE ATTACHMENTS UNDER SEAL |

BEFORE THE COURT is the Government's Motion to File Attachments A, B, and D Under Seal, ECF No. 63. Having reviewed the motion and the exhibits, the Court finds good cause to seal attachments A, B, and D.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to File Attachments A, B, and D Under Seal, **ECF No. 63**, is **GRANTED**.

2. Attachments A, B, and D to the Government's Response to Motion to Suppress, **ECF Nos. 65**, **65-1**, and **65-2**, shall be filed **under seal**.

ORDER GRANTING GOVERNMENT'S MOTION TO FILE ATTACHMENTS UNDER SEAL ~ 1

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, **seal ECF Nos. 65**, **65-1**, and **65-2**, and provide copies to counsel.

**DATED** August 31, 2021.

                               *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                                United States District Judge