Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL CHAVEZ-DURAN<br><br>Defendant. | 4:21-CR-06028-RMP-3<br><br>United States' Witness List for Motions to Suppress |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following Witness List for the Motion to Suppress. *See*, ECF 61.

**Witness List**:

Pasco Police Officer Kevin Erickson-

*estimated length of testimony 1.5 hours*[1]

---

[1] There is body camera footage associated with this traffic stop that has bene provided to the Court. It is the assigned AUSA's experience, that the presentation of this type of evidence can prolong testimony.

United States' Witness List for Motions to Suppress - 1

Kennewick Police Officer Kris Safranek-

*estimated length of testimony 1.5 hours*

Task Force Agent Michael Pitts-

*estimated length of testimony 2 hours*

Supervisory Agent Spencer Savage

*estimated length of testimony 1 hour*

Dated: October 12, 2021.

                        Vanessa R. Waldref
                        United States Attorney

*/s/ Stephanie Van Marter*

Stephanie A. Van Marter
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam R. Pechtel: adam@pechtellaw.com

Stephanie A. Van Marter
Assistant United States Attorney

United States' Witness List for Motions to Suppress - 3