Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Rosanna M. Peterson

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Joel Chavez-Duran,<br><br>        Defendant. | No. 4:21-CR-06028-RMP-3<br><br>Defendant Chavez-Duran's Witness List for the Hearing on Motion to Suppress |

Pursuant to the Court's Order (ECF 61 at 3), Defendant Chavez-Duran, through his attorney of record, submits the following Witness List for the hearing on his Motion to Suppress.

**Witness List:**

 Joel Chavez-Duran

Defendant's Witness List

1  Dated: October 12, 2021          Respectfully Submitted,

2                                   s/Adam R. Pechtel
                                    Adam R. Pechtel/ WSBA #43743
3                                   Attorney for Defendant
                                    Pechtel Law PLLC
4                                   21 N Cascade St
                                    Kennewick, WA 99336
5                                   Telephone: (509) 586-3091
                                    Email: adam@pechtellaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Defendant's Witness List

SERVICE CERTIFICATE

I hereby certify that on October 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A.

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Defendant's Witness List