| WITNESS LIST |
|---|

| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON |
|---|

| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEL CHAVEZ-DURAN | LOCATION: Spokane<br><br>Case No. 4:21-CR-6028-RMP |
|---|---|

| HEARING DATE: October 19, 2021 |
|---|

| ROSANNA MALOUF PETERSON | Allison Anderson | Penny Lamb |
|---|---|---|
| Presiding Judge | Court Reporter | Courtroom Deputy |
| Stephanie A. Van Marter | | Adam R. Pechtel |

| DATE | EXHIBITS DISCUSSED | TESTIFYING FOR | NAME OF WITNESS |
|---|---|---|---|
| 10/19/21 | Govt Exh 1, Def's Exh 1001 | Government | Kennewick Police Officer Kristofer Safranek |
| 10/19/21 | Govt Exh 1 | Government | Pasco Police Officer Kevin Erickson |
| 10/19/21 | Govt Exh 1, Attach A – ECF 67, paragraph 127, ECF No. 67-2, paras. 13, 14, and 15 | Government | Task Force Agent Michael Pitts |
| 10/19/21 | | Defendant | Joel Chavez-Duran |