# EXHIBIT LIST

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEL CHAVEZ-DURAN | LOCATION: Spokane<br><br>Case No. 21-CR-6028-RMP-3 |
|---|---|

HEARING DATE: October 19, 2021

| ROSANNA MALOUF PETERSON | Allison Anderson | Penny Lamb |
|---|---|---|
| Presiding Judge | Court Reporter | Courtroom Deputy |
| Stephanie A. Van Marter | | Adam R. Pechtel |

| Govt's Exhibit | Def's Exhibit | Date Offered | Date Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 1 | | 10/19/2021 | 10/19/2021 | Body Camera Footage |
| | 1001 | 10/19/2021 | 10/19/2021 | Report prepared by Officer Kristofer Safranek |
| Attach A | | | | ECF 67, paragraph 127 |
| Attach D | | 10/19/2021 | 10/19/2021 | Officer Pitts' Report, ECF No. 67-2, paragraphs 13, 14, and 15 |
| | | | | |