1 | Adam R. Pechtel / WSBA #43743
    Pechtel Law PLLC
2 | 21 N Cascade St
    Kennewick, WA 99336
3 | Telephone: (509) 586-3091

4 | Attorney for Defendant

5 |

6 | United States District Court
    Eastern District of Washington
7 | Before Magistrate Judge Mary K. Dimke

8 | United States of America,
9 |                 Plaintiff,
10 | v.
11 |
12 | Joel Chavez-Duran(3),
                    Defendant.
13 |

No. 4:21-CR-06028-MKD-3

Motion to Continue Pretrial, Trial and Extend Deadline to File Pretrial Motions

Without oral argument
February 7, 2022, at 6:00 PM

14 |     Mr. Chavez-Duran, through his attorney of record, moves the

15 | Court to continue the pretrial conference date currently set for

16 | February 14, 2022, to May 5, 2022 at 1:30 PM and the trial date

17 | that is currently set for March 14, 2022 to May 23, 2022 at 9:00

18 | AM. Defense counsel's assistant attempted to reach the counsel for

19 | the government and counsel for co-defendants, Jose Mendoza-

Motion to Continue Pretrial,
Trial, And Extend Deadlines -
1

Ruelas (1) and Oscar Chavez-Garcia (2), to determine their position on this motion, but has not heard back at the time of the filing of this motion. The reason for this request is that a continuance is necessary for adequate time to investigate the case, review discovery, prepare necessary motions and prepare for trial. Counsel for Defendant will confer with Mr. Chavez-Duran to sign a statement of reasons in support of his request for a continuance, which will be filed with the Court on Friday, January 28, 2022.

Defendant Chavez-Duran proposes the following case management deadlines:

| | |
|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **March 31, 2022** |
| **PRETRIAL CONFERENCE** *Deadline for motions to continue trial* | **Thursday, May 5, 2022 1:30 P.M. - RICHLAND** |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | **May 9, 2022** |
| Grand jury transcripts produced to Defendant<br>　　Case Agent:<br>　　CIs:<br>　　Other Witnesses: | <br><br>**May 9, 2022**<br>**May 9, 2022**<br>**May 9, 2022** |
| Exhibit lists filed and emailed to the Court | **May 17, 2022** |

Motion to Continue Pretrial, Trial, And Extend Deadlines - 2

| | | |
|---|---|---|
| 1 | Witness lists filed and emailed to the Court | **May 17, 2022** |
| 2, 3 | Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **May 11, 2022** |
| 4 | Exhibit binders delivered to all parties and to the Court | **May 13, 2022** |
| 5 | Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **May 17, 2022** |
| 6 | Trial notices filed with the Court | **May 13, 2022** |
| 7 | Technology readiness meeting (in-person) | **May 17, 2022** |
| 8 | **FINAL PRETRIAL CONFERENCE** | **Monday, May 23, 2022 8:30 AM - Richland** |
| 9 | **JURY TRIAL** | **Monday, May 23, 2022 9:00 AM - Richland** |

Dated: January 24, 2022

Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion to Continue Pretrial, Trial, And Extend Deadlines - 3

SERVICE CERTIFICATE

I hereby certify that on January 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A.

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion to Continue Pretrial, Trial, And Extend Deadlines - 4