UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Joel Chavez-Duran (3)　,<br><br>　　　　　Defendant. | NO: 4:21-CR-06028-MKD-3<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of __03/14/2022__ to a date no later than __05/23/2022__ for the following reasons pursuant to 18 U.S.C. § 3161:

__My counsel has advised me that he requires more time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial.__

//

//

//

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 1

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

I have read this form and discussed its contents with my client, Joel Chavez-Duran, by video conference, and he authorized me to sign this statement on his behalf.
s/ Adam R. Pechtel

/S/ Joel Chavez-Duran
Defendant

Date:  01/28/2022

I have read this form and discussed its contents with my client.

_Adam R Pechtel_
Counsel for Defendant

Date:  1/28/2022

I have translated this form into a language in which the Defendant is conversant. If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered any advice nor personal opinions.

Interpreter

Date:  01/28/22

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 2