# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL CHAVEZ-DURAN,<br><br>Defendant. | Case No. 4:21-CR-6028-MKD-3<br><br>**CRIMINAL MINUTES**<br><br>DATE: 2/14/2022<br><br>LOCATION: Richland<br><br>**PRETRIAL CONFERENCE** |

| JUDGE MARY K DIMKE | | | |
|---|---|---|---|
| Linda Hansen | LC 03 | Natalia Rivera | Ronelle Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie A Van Marter | | Adam R. Pechtel | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] Open Court – Video Conference          [ ] Probation:

Defendant is present by video conference from the Spokane County Jail, in custody of the US Marshal; and assisted by a Federally Certified Spanish Interpreter. All counsel present via video conference.

The defendant agreed to conduct the hearing via video conference. No objection by the parties to conducting the hearings individually.

Motion before the Court: Motion to Continue Pretrial, Trial and Extend Deadline to File Pretrial Motions, ECF No. 103.

Adam Pechtel addressed the Court regarding the motion to continue and advised there is no objection to adjusting dates in the Case Management Order, as requested by the Government.

The Court confirmed that the defendant agrees to the continuance and has executed a written waiver of speedy trial, which has been filed at ECF No. 105.

The Court GRANTED the defendant's motion for continuance, making ends of justice findings.
    The Jury Trial of 3/14/2022 is STRICKEN and RESET to 5/23/2022 at 9:00 AM in Richland
    A Pretrial Conference is set for 5/5/2022 at 1:30 PM in Richland.

| CONVENED: 11:39 AM | ADJOURNED: 11:45 AM | TIME: 6 MINS | [ X] ORDER FORTHCOMING |
|---|---|---|---|