# CHARGES AND PENALTIES

**CASE NAME:** JOEL CHAVEZ-DURAN　　　　**CASE NO.** 4:21-cr-06028-MKD-3

TOTAL # OF COUNTS: 2　　☑ FELONY　　☐ MISDEMEANOR　　☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2022

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) (ii), (vi), (viii), 846 | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 400 Grams or More of Fentanyl and 5 Kilograms or More of Cocaine | CAG not less than 10 years and no more than a life term; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a and Deportation |
| 6 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), 18 U.S.C. § 2 | Possession with the Intent to Distribute 40 Grams or more of Fentanyl | CAG not less than 5 years and no more than 40 years; and/or $5,000,000 fine; not less than 4 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a and Deportation |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |