1
2
3
4                    UNITED STATES DISTRICT COURT
5                    EASTERN DISTRICT OF WASHINGTON
6
7   UNITED STATES OF AMERICA,        No. 4:21-CR-06028-MKD
8              Plaintiff,
9   vs.                              ACKNOWLEDGMENT OF NOTICE
                                     OF RIGHTS - INDICTMENT
10  JOEL CHAVEZ-DURAN,
11             Defendant.

12      The undersigned defendant does hereby acknowledge: I appeared on this date
13  and was advised as follows:

14      1. Of the charge or charges placed against me, and I acknowledge receipt of
15         a copy of the:
16             ☐ Indictment
17             ☒ First/Second/Third/Fourth Superseding Indictment
18
19      2. Of the maximum penalty provided by law;

20      3. My right to remain silent at all times and if I make a statement it can be
21         used against me;

22      4. My right to retain my own counsel; and if I am without funds, to have
23         counsel appointed to represent me in this matter;

24      5. My right to a jury trial before a United States District Judge, to be
25         confronted by the United States' witnesses and to have witnesses attend
26         on my behalf;

27      6. My right to a detention hearing, if I am in custody;
28

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____    Date: 3-7-2022
Interpreter Signature

Bea Rump                           _____
Interpreter Printed Name           Defendant Signature

3/7-22                             Joel Chavez Duran
                                   Defendant Printed Name

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2