1  Adam R. Pechtel / WSBA #43743
   Pechtel Law PLLC
2  21 N Cascade St
   Kennewick, WA 99336
3  Telephone: (509) 586-3091

4  Attorney for Defendant

5

6           United States District Court
            Eastern District of Washington
7           Before the Hon. Mary K. Dimke

8  United States of America,
                                        No. 4:21-CR-06028-MKD-3
9                         Plaintiff,
                                        Response to Defendant Leticia
10 v.                                   Rodriguez' Motion to Continue

11 Joel Chavez-Duran,

12                        Defendant.

13
       Pursuant to the Court's Order of April 12, 2022 (ECF 199),
14
   Mr. Chavez-Duran, through his attorney of record, Adam R.
15
   Pechtel, has no objection to Co-Defendant Leticia Rodriguez'
16
   requested trial date of July 25, 2022.
17
   //
18
   //
19
   //
20

   Response to ECF No 188 - 1

Dated: April 20, 2022                Respectfully Submitted,

                                    s/Adam R. Pechtel
                                    Adam R. Pechtel/ WSBA #43743
                                    Attorney for Defendant
                                    Pechtel Law PLLC
                                    21 N Cascade St
                                    Kennewick, WA 99336
                                    Telephone: (509) 586-3091
                                    Email: adam@pechtellaw.com

SERVICE CERTIFICATE

I hereby certify that on April 20, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A.

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Response to ECF No 188 - 3